# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Jhon J. Arango         JOINT DEBTOR: _____  CASE NO.: _____

Last Four Digits of SS# 4014        Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 227.46  for months 1 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650  TOTAL PAID $ 1900  Balance Due $ 1750
                      payable $ 175 /month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date  $ _____
Address: _____         Arrears Payment   $_____/month (Months _____ to _____)
         _____         Regular Payment   $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                  Total Due  $_____
                    Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 29.72/month (Months 1 to 10) and Pay $ 204.72 /month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor is current with secured creditors, Palm East Gardens, Inc., TD Auto Finance and US Bank Home Mortgage and will continued to pay said creditor directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                            Joint Debtor
Date: 9-25-2017                                    Date: _____

LF-31 (rev. 01/08/10)